**2. Article Number**

7105 4522 6449 0035 6195

1. Article Addressed to:

Office Of Douglas R. Burgess, LLC.
c/o Douglas R. Burgess, Esq.
480 West Ridge Road
2nd Floor
Rochester, NY 14615

1:07cv97-WKW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): WEISBECK
C. Date of Delivery: 2-12-07

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811                Domestic Return Receipt

---

**2. Article Number**

7105 4522 6449 0035 6096

1. Article Addressed to:

Douglas R. Burgess, Esq.
480 West Ridge Road
2nd Floor
Rochester, NY 14615

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): WEISBECK
C. Date of Delivery: 2-12-07

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below: ☐ No

1:07cv97

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811                Domestic Return Receipt