## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 1:07-CV-97-WKW |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC and DOUGLAS** ) | **UNOPPOSED** |
| **R. BURGESS, ESQ., individually,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

COME NOW Defendants DOUGLAS R. BURGESS, LLC and Douglas R. Burgess, Esq. and respectfully move for additional time up to and including April 4, 2007, to move, answer, object, or otherwise respond to Plaintiff Ruby Streeter's Complaint filed in this action. In support hereof, Defendants state as follows:

1. Plaintiff has indicated through counsel that she does not oppose this motion. Defendants' response to the Complaint is currently due on March 5, 2007.

2. Defendants have recently retained counsel in this action, and collectively they are currently investigating Plaintiff's claims and allegations.

3. A short extension until and including April 4, 2007, will not unduly delay this case or prejudice any party.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request an extension until and including April 4, 2007, to move, answer, object, or otherwise respond to the Complaint filed against them in this action.

| | |
|---|---|
| Dated: March 5, 2007 | Respectfully submitted, |
| | |
| **OF COUNSEL:** | /s/ L. Jackson Young, Jr. |
| HUCKABY SCOTT & DUKES, P.C. | Bar Number: ASB-7946-G65L |
| Concord Center | |
| 2100 Third Avenue North, Suite 700 | John W. Scott |
| Birmingham, Alabama 35203 | L. Jackson Young, Jr. |
| Telephone: (205) 251-2300 | |
| Telecopier: (205) 251-6773 | Counsel for Defendants |
| | DOUGLAS R. BURGESS, LLC and |
| E-mail addresses: | Douglas R. Burgess, Esq. |
| jws@hsdpc.com | |
| ljy@hsdpc.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Gary W. Stout, Esq., David G. Poston, Esq., and Michael D. Brock, Esq.**

/s/ L. Jackson Young, Jr.
Of Counsel

40349.1