**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

March 6, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Streeter v. Office of Douglas R. Burgess, LLC. et al

Case Number:   1:07cv00097-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 4   filed on   March 5, 2007.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **1:07-CV-97-WKW** |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC and DOUGLAS** ) | **UNOPPOSED** |
| **R. BURGESS, ESQ., individually,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

COME NOW Defendants DOUGLAS R. BURGESS, LLC and Douglas R. Burgess, Esq. and respectfully move for additional time up to and including April 4, 2007, to move, answer, object, or otherwise respond to Plaintiff Ruby Streeter's Complaint filed in this action. In support hereof, Defendants state as follows:

1. Plaintiff has indicated through counsel that she does not oppose this motion. Defendants' response to the Complaint is currently due on March 5, 2007.

2. Defendants have recently retained counsel in this action, and collectively they are currently investigating Plaintiff's claims and allegations.

3. A short extension until and including April 4, 2007, will not unduly delay this case or prejudice any party.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request an extension until and including April 4, 2007, to move, answer, object, or otherwise respond to the Complaint filed against them in this action.

Dated: March 5, 2007

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
Concord Center
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773

E-mail addresses:
jws@hsdpc.com
ljy@hsdpc.com

Respectfully submitted,

/s/ L. Jackson Young, Jr.
Bar Number: ASB-7946-G65L

John W. Scott
L. Jackson Young, Jr.

Counsel for Defendants
DOUGLAS R. BURGESS, LLC and
Douglas R. Burgess, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Gary W. Stout, Esq., David G. Poston, Esq., and Michael D. Brock, Esq.**

/s/ L. Jackson Young, Jr.
Of Counsel

40349.1