IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE of DOUGLAS R. BURGESS, )<br>LLC, *et al.*, )<br>)<br>   Defendants. ) | CASE NO. 1:07-cv-97-WKW<br>(WO) |

## **ORDER**

Upon consideration of the defendants' Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Complaint filed on March 5, 2007 (Doc. # 4), it is ORDERED that the motion is GRANTED. Defendants' time for responding to the Complaint is EXTENDED from March 5, 2007 to **April 4, 2007.**

 DONE this the 14th day of March, 2007.

                                  /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE