IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-97-WKW |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, LLC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR CLARIFICATION

The parties filed their Report of Parties' Planning Meeting (Doc. #10) on April 16, 2007, requesting that this case be put on the court's jury trial calendar. There is no jury demand in this case. Parties are directed to clarify the jury issue prior to the court's entry of the uniform scheduling order, on or before **May 10, 2007.**

DONE this 27th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE