IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RUBY STREETER, ) | |
| ) | |
| PLAINTIFF, ) | CASE NUMBER: 1:07-cv-97 |
| ) | |
| vs. ) | |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, LLC., & ) | |
| DOUGLAS R. BURGESS, ESQ., INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

**PLAINTIFF'S REPORT AND JURY DEMAND**

COMES NOW, the Plaintiff, pursuant to this Honorable Court's April 27, 2007, Order For Clarification and makes known to this Court that the Plaintiff desires a trial by jury, and, hereby pursuant to F.R.C.P. 38, makes a jury demand in this action. Plaintiff has conferred with Defendants and Defendants do not object to this report and jury demand.

Respectfully submitted this **1st** day of May, 2007.

BROCK & STOUT

/s/ David G. Poston
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the L. Jackson Young, Jr. and John W. Scott, Attorneys for Defendants, via electronic mail at ljy@hsdpc.com and jws@hsdpc.com, this **1st** day of May, 2007.

                                            */s/ David G. Poston*
                                            David G. Poston