IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RUBY STREETER, ) | CASE NUMBER: |
| ) | |
| PLAINTIFF, ) | 1:07-CV-97 |
| ) | |
| VS. ) | |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, LLC., ) | |
| & DOUGLAS R. BURGESS, ESQ., INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW, the undersigned, on behalf of the above-mentioned Plaintiff, and files this Notice Of Appearance and requests that copies of all notices, motions, and all other pleadings filed in this case and served by the Clerk of Court be forwarded to the undersigned at the address below.

Respectfully submitted,

BROCK & STOUT

*/s/ Walter A. Blakeney*
Walter A. Blakeney, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon John W. Scott, Esq. and L. Jackson Young, Esq., Attorneys for Defendants, via electronic mail at jws@hsdpc.com and ljy@hsdpc.com, this **14th** day of May, 2007.

 

                                               */s/ Walter A. Blakeney*
                                               Walter A. Blakeney, Esq.