**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-97-WKW |
| ) | (WO) |
| OFFICE OF DOUGLAS R. BURGESS, ) | |
| LLC, & DOUGLAS R. BURGESS, ESQ., ) | |
| INDIVIDUALLY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

**COMES NOW** L. Jackson Young, Jr., formerly of the law firm of Huckaby Scott & Dukes, P.C., and hereby moves to withdraw as counsel for Defendants Office of Douglas R. Burgess, LLC and Douglas R. Burgess, Esq. Defendants will continue to be represented by John W. Scott of the law firm of Scott Dukes & Geisler, P.C.

Respectfully submitted,

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr. (ASB-7946-G65L)
Attorney for Defendants Office of Douglas R.
Burgess, LLC and Douglas R. Burgess, Esq.

CERTIFICATE OF SERVICE

     I hereby certify that I have on this the 29th day of May, 2007, served a copy of the foregoing pleading electronically via the CM/ECF system on the following counsel of record:

Gary W. Stout, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Walter A. Blakeney, Esq.

                                         s/ L. Jackson Young, Jr.
                                         Of Counsel

147794