**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RUBY STREETER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|   v. | )    **CASE NO. 1:07-cv-97-WKW** |
| | ) |
| **OFFICE OF DOUGLAS R. BURGESS, LLC.,** | ) |
| *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

The motion to withdraw of L. Jackson Young, Jr., (Doc. #15) is GRANTED.

DONE this 5th day of June, 2007.

                                                /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE