## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RUBY STREETER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **1:07-CV-97-WKW** |
| | ) | |
| **OFFICE OF DOUGLAS R.** | ) | |
| **BURGESS, LLC and DOUGLAS** | ) | |
| **R. BURGESS, ESQ., individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF STATEMENT REGARDING
## CORPORATE DISCLOSURE STATEMENT

COME NOW the law firm of Scott Dukes & Geisler, P.C. and John W. Scott who state the following regarding the filing of the Conflict Disclosure Statement for Defendant Office of Douglas R. Burgess, LLC in this matter.  The undersigned counsel has attempted unsuccessfully to contact Defendant Office of Douglas R. Burgess, LLC to obtain the information required to file said Conflict Disclosure Statement.  The undersigned counsel also has filed in this matter a Motion to Withdraw as Counsel for Defendants Office of Douglas R. Burgess, LLC and Douglas R. Burgess, which is currently pending before the Court.

Dated: June 27, 2007                    Respectfully submitted,

**OF COUNSEL:**                         /s/ John W. Scott_____

SCOTT DUKES & GEISLER, P.C.             Bar Number: ASB-1788-T68J

Concord Center

2100 Third Avenue North, Suite 700      John W. Scott

Birmingham, Alabama 35203

Telephone: (205) 251-2300

Telecopier: (205) 251-6773


E-mail addresses:

jscott@scottdukeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Gary W. Stout, Esq., David G. Poston, Esq., and Michael D. Brock, Esq.**

In addition, I hereby certify that on June 27, 2007, I served a copy of the foregoing by first class United States Mail, postage prepaid, upon Defendants at the following address:

> Douglas R. Burgess, Esq.
> DOUGLAS R. BURGESS, LLC
> 480 Ridge Road West
> Second Floor
> Rochester, New York 14615

> /s/John W. Scott
> Of Counsel

41172.1