**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 1:07-cv-97-WKW** |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC and DOUGLAS** ) | |
| **R. BURGESS, ESQ., individually,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel for Defendants (Doc. # 17) filed on June 12, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 28th day of June, 2007.

                                                /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE