## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RUBY STREETER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-cv-97-WKW** |
| | ) | |
| **OFFICE OF DOUGLAS R.** | ) | |
| **BURGESS, LLC.,** | ) | |
| *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### Notice of Appearance

Come now W. McCollum Halcomb and India A. Ramey and enter appearance as attorneys for the Defendants Office of Douglas R. Burgess, LLC and Douglas R. Burgess, individually.

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb (HAL030)
ASB 9223-M71W
Attorney for Defendants
HALCOMB & WERTHEIM, PC
Post Office Box 12005
Birmingham, AL  35202-2005
(205) 251-0007
(205) 251-0017 facsimile
mac@hw-al.com

*/s/ India A. Ramey*
India A. Ramey (SMI246)
ASB 8345-D48S
Attorney for Defendants
HALCOMB & WERTHEIM, PC
Post Office Box 12005
Birmingham, AL  35202-2005
(205) 251-0007
(205) 251-0017 facsimile
iramey@hw-al.com

**Certificate of Service**

I hereby certify that I have served the Notice of Appearance upon counsels for the Plaintiff, via US Mail, postage prepaid, this the 10th day of July 2007, to the following address:

David G. Poston
Walter A. Blakeney
Michael D. Brock
Gary W. Stout
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL  36330

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb