## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07-cv-97-WKW |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC.,** ) | |
| *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### CONFLICT DISCLOSURE STATEMENT OF DOUGLAS R. BURGESS

COMES NOW Office of Douglas R. Burgess, individually, a Defendant in the above-captioned matter, and in accordance with the Order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This Party is an individual.

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb (HAL030)
ASB 9223-M71W
Attorney for Defendants
HALCOMB & WERTHEIM, PC
Post Office Box 12005
Birmingham, AL  35202-2005
(205) 251-0007
(205) 251-0017 facsimile
mac@hw-al.com

**Certificate of Service**

  I hereby certify that I have served the Conflict Disclosure Statement upon counsels for the Plaintiff, via US Mail, postage prepaid, this the 10th day of July 2007, to the following address:

David G. Poston
Walter A. Blakeney
Michael D. Brock
Gary W. Stout
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL  36330

                   */s/ W. McCollum Halcomb*
                   W. McCollum Halcomb