IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUBY STREETER,                          )
                                        )
      Plaintiff,                    )
                                        )
v.                                      )     CIVIL ACTION NO. 1:07cv97-WKW
                                        )
OFFICE OF DOUGLAS R.                    )
BURGESS, LLC, and DOUGLAS R.            )
BURGESS,                                )
                                        )
      Defendants.                   )

**ORDER**

Upon consideration of the plaintiff's motion to compel (doc. # 23), it is

ORDERED that on or before July 27, 2007, the opposing party shall show cause why

the motion should not be granted.

Done this 11th day of July, 2007.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE