**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07-cv-97-WKW |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC.,** ) | |
| *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

**Notice of Service of Discovery**

Defendants Office of Douglas R. Burgess LLC and Douglas R. Burgess has served upon Plaintiff Interrogatories, Request for Production of Documents and Requests for Admission.

*/s/ W. McCollum Halcomb*
W. McCollum Halcomb (HAL030)
ASB 9223-M71W
Attorney for Defendants
HALCOMB & WERTHEIM, PC
P.O. Box 12005
Birmingham, AL 35203-2005
(205) 251-0007
(205) 251-0017 facsimile
mac@hw-al.com

**Certificate of Service**

      I hereby certify that I have served the Notice of Appearance upon counsels for the Plaintiff, via US Mail, postage prepaid, this the 25th day of July 2007, to the following address:

David G. Poston
Walter A. Blakeney
Michael D. Brock
Gary W. Stout
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL  36330

                                                 */s/ W. McCollum Halcomb*
                                                 W. McCollum Halcomb

Case 1:07-cv-00097-WKW-CSC    Document 29    Filed 07/25/2007    Page 7 of 8