IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBY STREETER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv97-WKW |
| | ) | (WO) |
| OFFICE OF DOUGLAS R. | ) | |
| BURGESS, LLC, and DOUGLAS R. | ) | |
| BURGESS, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Now pending before the court is the June 21, 2007, motion to deem facts admitted (doc. # 20) filed by the plaintiff.  On June 28, 2007, this court permitted counsel for the defendants to withdraw this case.  *See* Doc. # 22.  On July 10, 2007, the plaintiff filed a motion to compel (doc. # 23).  Also on July 10, 2007, new counsel filed a notice of appearance on behalf of the defendants. *See* Doc. 24.  On July 27, 2007, the defendants filed a response to the motions informing the court that complete discovery responses have been provided to the plaintiff. Accordingly, upon consideration of the motions, it is

ORDERED that the motion to deem facts admitted (doc. # 20) and motion to compel (doc. # 23) be and are hereby DENIED as moot.

Done this 31st day of July, 2007.

                                                   /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE