UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RUBY STREETER,**<br><br>    Plaintiff,<br><br>v.<br><br>**OFFICE OF DOUGLAS BURGESS, LLC., et al.,**<br><br>    Defendant. | Case No.: 1:07-cv-97-WKW |

### REPORT TO COURT OF FACE TO FACE SETTLEMENT CONFERENCE

COMES NOW, the undersigned legal counsel for Plaintiff, Ruby Streeter, and pursuant to this Court's Scheduling Order, provides this notice of a face to face settlement conference in this matter. In further response, counsel for the Plaintiff states as follows:

1. On September 26, 2007, legal counsel for Plaintiff, Gary W. Stout, Esq. and David G. Poston, Esq., and legal counsel for Defendant, W. McCollum Halcomb, Esq. and India Ramey, Esq., met in person in Enterprise, Alabama to discuss settlement of all claims in the above-styled matter.

2. The legal issues involved in the instant case are numerous violations of the Fair Debt Collection Practices Act and Alabama tort claims.

3. After relevant and sincere effort to resolve the claims through monetary relief to the Plaintiff, no resolution was reached.

5. The undersigned attorneys will diligently continue to discuss settlement alternatives.

6. All counsels agree that mediation would be beneficial to the attempted settlement of the above styled cause. At this time, the parties request this Honorable Court order the above styled cause to non-binding mediation.

Respectfully submitted this **4th** day of October, 2007.

        **BROCK & STOUT**

**/s/ Gary W. Stout**
**Gary W. Stout, Esq.**
**David G. Poston, Esq.**
**Walter A. Blakeney, Esq.**
**Michael D. Brock, Esq.**
**Post Office Drawer 311167**
**Enterprise, Alabama 36330**
**334-393-4357**
**334-393-0026 Facsimile**
**Email: lesley@circlecitylaw.com**

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have this date served a copy of the foregoing upon W. McCollum Halcomb, Esq. and India Ramey, Esq., Attorneys for Defendant, via electronic mail at **mac@hw-al.com** and **ipowell@hw-al.com** , this **4th** day of October, 2007.

/s/ Gary W. Stout
Gary W. Stout, Esq.
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-393-4357
334-393-0026 Facsimile
Email: **lesley@circlecitylaw.com**