IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBY STREETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-0097-WKW |
| | ) | |
| OFFICE of DOUGLAS R. BURGESS, LLC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the parties' joint motion for an order of mediation (Doc. # 35), it is ORDERED that the motion is GRANTED. If the parties wish to use the court's Voluntary Mediation Program through the assigned magistrate judge, the parties shall contact Magistrate Judge Charles Coody within seven days to schedule a mediation. If the parties choose to use private mediation, the parties shall submit a joint status report on the mediation **on or before November 2, 2007**.

DONE this 9th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE