**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07-cv-97-WKW |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC.,** ) | |
| *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

**Notice of Service of Offer of Judgment**

Defendants have served, pursuant to Rule 68 of the Federal Rules of Civil Procedure, an Offer of Judgment upon counsels for the Plaintiff, this the 11th day of October, 2007.

/s/ W. McCollum Halcomb
W. McCollum Halcomb (HAL030)
ASB 9223-M71W
Attorney for Defendants
HALCOMB & WERTHEIM, PC
Post Office Box 12005
Birmingham, AL  35202-2005
(205) 251-0007
(205) 251-0017 facsimile
mac@hw-al.com

/s/ India A. Ramey
India A. Ramey (SMI246)
ASB 8345-D48S
Attorney for Defendants
HALCOMB & WERTHEIM, PC
Post Office Box 12005
Birmingham, AL  35202-2005
(205) 251-0007
(205) 251-0017 facsimile
iramey@hw-al.com

**Certificate of Service**

      I hereby certify that I have served the Notice of Appearance upon counsels for the Plaintiff, via US Mail, postage prepaid, this the 11th day of October, 2007, to the following address:

David G. Poston
Walter A. Blakeney
Michael D. Brock
Gary W. Stout
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL  36330

                                              */s/ W. McCollum Halcomb*
                                              W. McCollum Halcomb