IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-0097-WKW |
| | ) |
| OFFICE OF DOUGLAS R. BURGESS, L.L.C., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Vacate Order of Mediation (Doc. # 38), it is ORDERED that the court's previous order directing the parties to mediation (Doc. # 36) is VACATED.

DONE this 16th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE