IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0097-WKW |
| ) | |
| OFFICE of DOUGLAS R. BURGESS, ) | |
| LLC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the court on the plaintiff's Motion to Amend Complaint, Extend Discovery Cutoff, and Extend Dates Set Forth in Uniform Scheduling Order filed on October 15, 2007. (Doc. # 39.) It is ORDERED that the defendants shall respond to the plaintiff's motion to amend the complaint in writing **on or before November 21, 2007**, to show cause why the motion should not be granted.

Furthermore, it is ORDERED that the Uniform Scheduling Order (Doc. # 14) is VACATED; the pretrial conference previously set for December 7, 2007 and the trial previously set for January 7, 2008, are VACATED; and, the plaintiff's motion to extend discovery cutoff (Doc. # 39) is DENIED as MOOT. A new scheduling order will be promptly issued upon resolution of the plaintiff's motion to amend her complaint.

DONE this 7th day of November, 2007.

           /s/ W. Keith Watkins
          UNITED STATES DISTRICT JUDGE