**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RUBY STREETER,** )  | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:07-cv-97-WKW |
| ) | |
| **OFFICE OF DOUGLAS R.** ) | |
| **BURGESS, LLC.,** ) | |
| *et al.,* ) | |
| ) | |
|     **Defendants.** ) | |

**Motion to Withdraw**

W. McCollum Halcomb, India A. Ramey and Halcomb & Wertheim, PC, "Movants", respectfully request that this Court allow them to withdraw as counsels of record for Defendants Office of Douglas R. Burgess, LLC and Douglas R. Burgess, "Defendants". For grounds of this Motion, Movants state the following:

1. Defendants have failed to fulfill its obligations required for Movants to provide adequate representation in this case.

2. On October 18, 2007, Movants provided Defendants with notice as to the specific obligations to be met by Defendants to enable Movants to continue representation of Defendants.

3. On November 7, 2007, Movants sent a letter to Defendants regarding their refusal to fulfill their obligations and providing that Movants would withdraw if Defendants did not fulfill their obligations by November 13, 2007. The letter was sent to Defendants via facsimile, e-mail, and overnight mail.

4. On November 8, 2007, Movants sent an e-mail regarding the matters outstanding.

5. On November 13, 2007, Movants sent an e-mail regarding the matters outstanding.

6. Movants have provided Defendants with reasonable notice of their intentions to withdraw if Defendants did not fulfill their obligations. The requirements of Rule 1.16 of the Alabama Rules of Professional Conduct have been met.

7. Because of Defendants' conduct, the attorney-client relationship has been irretrievably broken.

8. A copy of this Motion has been served upon Defendants.

WHEREFORE, W. McCollum Halcomb, India A. Ramey and Halcomb & Wertheim, PC respectfully request that this Court grant the Motion and that they be allowed to withdraw as counsels of record for Defendants Office of Douglas R. Burgess, LLC and Douglas R. Burgess.

/s/ W. McCollum Halcomb
W. McCollum Halcomb
ASB-9223-M71W
HALCOMB & WERTHEIM, PC
P O Box 12005
Birmingham, AL  35202-2005
(205) 251-0007

/s/ India A. Ramey
India A. Ramey
ASB-8345-D48S
HALCOMB & WERTHEIM, PC
P O Box 12005
Birmingham, AL  35202-2005
(205) 251-0007

**Certificate of Service**

      I hereby certify that I have served a copy of the forgoing upon counsel for the Plaintiffs and upon Defendants via US Mail, postage prepaid, this the 15th day of November, 2007, to the following address:

David G. Poston
Walter A. Blakeney
Michael D. Brock
Gary W. Stout
BROCK & STOUT
Post Office Drawer 311167
Enterprise, AL  36330

Douglas R. Burgess
OFFICE OF DOUGLAS R. BURGESS, LLC
480 Ridge Road West
Second Floor
Rochester, NY  14615

                                                   */s/ W. McCollum Halcomb*
                                                   W. McCollum Halcomb