IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-0097-WKW |
| OFFICE of DOUGLAS R. BURGESS, LLC, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the court on defense counsel's Motion to Withdraw filed on November 15, 2007. (Doc. # 43.) Although the court can only speculate as to how the defendants "failed to fulfill [their] obligations," upon representation of the defense counsel, it is ORDERED that the motion to withdraw is GRANTED.

The court takes notice this is the third time defense attorneys have withdrawn from the case. (*See* Docs. # 16 and # 22.) Because defense attorney turnover has already caused undue delay, the court will not allow the defendants any extension to respond to the plaintiff's motion to amend the complaint beyond the present deadline of November 21, 2007, as set forth by previous order. (Doc. # 42.) If the defendants fail to respond in a timely fashion, the plaintiff's motion to amend her complaint will be granted immediately. Furthermore, any future counsel for the defendants is on notice that by entering their appearance in this case, counsel certifies to the court that they will remain as counsel in the case until final judgment, absent any extraordinary and unforeseeable

circumstances, and should govern themselves accordingly.

DONE this 16th day of November, 2007.

/s/  W.  Keith Watkins  
UNITED STATES DISTRICT JUDGE
