IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0097-WKW |
| ) | |
| OFFICE of DOUGLAS R. BURGESS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the plaintiff shall file a written reply to the defendants' Response to Plaintiff's Motion to Amend Complaint (Doc. # 45) and written responses to the defendants' Motion for Sanctions (Doc. # 46) and Motion to Dismiss or in Alternative Summary Judgment (Doc. # 47) **on or before December 10, 2007**.

DONE this 29th day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE