| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mitt Brown_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Mike Brown    C. Date of Delivery: 2/29/.3 |
| 1. Article Addressed to:<br><br>All Debt Traders, Inc.<br>400 Linden Oaks<br>Rochester, NY  14625<br><br>07cv97 S + Amd Cmp | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 1490 0003 0196 9233 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |