**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Portfolio Partners and GMK, Inc.**
**c/o Michael D. Kowalick**
**4248 Ridge Lea Road**
**Amherst, NY 14226**

07cv97 S+Amd Cmp

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☒ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
3/3/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7007 1490 0003 0196 7437

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Portfolio Partners of Amherst, LLC**
**c/o Michael D. Kowalick**
**4246 Ridge Lea Road**
**Amherst, NY 14226**

07cv97 S+AmdCmp

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☒ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
3/3/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7007 1490 0003 0196 9271

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540