IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBY STREETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-0097-WKW |
| | ) | |
| OFFICE of DOUGLAS R. BURGESS, LLC, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

By order dated February 21, 2008 (Doc. # 54), Defendant Office of Douglas R. Burgess, LLC ("Burgess LLC") was ordered to obtain counsel to represent its interests in this matter on or before March 7, 2008. It has come to the court's attention that Burgess LLC has failed to comply with the order of the court within the time allowed. Therefore, it is ORDERED that Burgess LLC shall show cause in writing **on or before March 14, 2008**, why it should not be held in contempt for failure to comply with the order of this court.

DONE this 10th day of March, 2008.

                                          /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE