IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | |
| ) | **CV-07-97** |
| **OFFICE OF DOUGLAS R. BURGESS,** ) | |
| **LLC, and DOUGLAS R. BURGESS,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEARANCE

Please take notice that Fern H. Singer files appearance as counsel of record for Defendants, Office of Douglas R. Burgess, LLC and Douglas R. Burgess.

Respectfully submitted,

s/ Fern H. Singer
Fern H. Singer
Attorney for Defendants

**OF COUNSEL**:
**BAKER, DONELSON, BEARMAN**
  **CALDWELL & BERKOWITZ, P.C.**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 244-3801 – Phone
(205) 488-3801 – Fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon the following counsel of record via e-filing on this the 11th day of March, 2008:

Gary Wyatt Stout
Brock & Stout
PO Drawer 311167
Enterprise, AL 36331-1167

s/ Fern H. Singer
OF COUNSEL