| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Tim Cool*  ☐ Agent  ☐ Addressee | |
| | B. Received by (*Printed Name*)  *SdSQ* | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Collins Law Office, LLC<br>C/o Tim Collins, Manager<br>4021 Deveaux Street.<br>Niagra Falls, NY 14305<br><br>O7cv97  Alias S + Amd Cmp | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0000 9558 3431 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540