AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

RUBY STREETER

V.

OFFICE OF DOUGLAS R. BURGESS, LLC., ET AL.

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:07-CV-97-WKW

TO: (Name and address of Defendant)

Robert Van De Mark, Esq.
65 Great Arrow Avenue
Buffalo, NY 14216

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary W. Stout
Brock & Stout, LLC.
Post Office Drawer 311167
Enterprise, AL 36331-1167

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                    3/20/08

CLERK  /s/ William C. _____                              DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   CERTIFIED MAIL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                    _____
                                     *Signature of Server*

                                     _____
                                     *Address of Server*

**RETURNED AND FILED**

**MAR 3 1 2008**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DEBRA P. HACKETT
CLERK OF COURT
U.S. DISTRICT COURT
P. O. BOX 711
MONTGOMERY, AL 36101-0711

**CERTIFIED MAIL**

7007 3020 0000 2941 5004

$005.21
02 1P
0002542515
MAILED FROM ZIP CODE 36330

Robert Van Demark
65 Great Arrow Avenue
Buffalo, NY 14216

Vac?
No Fwd.
3/24

NIXIE       142    5E 1         72 03/27/08
          RETURN TO SENDER
               VACANT
          UNABLE TO FORWARD
BC: 36101071111      *0539-02522-20-39