**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RUBY STREETER,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | |
| | ) | **CV-07-97** |
| **OFFICE OF DOUGLAS R. BURGESS,** | ) | |
| **LLC, and DOUGLAS R. BURGESS,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Stacey A. Davis files appearance as counsel of record for Defendants, Office of Douglas R. Burgess, LLC and Douglas R. Burgess.

                                                                     s/Stacey A. Davis
                                                                     STACEY A. DAVIS (DAV155)
                                                                       Attorney for Defendant

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 244-3800 (Phone)
(205) 488-3800 (Facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon the following counsel of record via e-filing on this the 9th day of April, 2008:

Gary Wyatt Stout
Brock & Stout
PO Drawer 311167
Enterprise, AL 36331-1167

                                                s/Stacey A. Davis
                                                OF COUNSEL