**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 10, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Streeter v. Office of Douglas R. Burgess, LLC. et al

Case Number:   1:07-cv-00097-WKW

**This Notice of Correction was filed in the referenced case this date to attach a corrected PDF document to include the electronic signature and correct date on the certificate of service page.**

**The corrected PDF document is attached to this notice for your review.   Reference is made to document # 76   filed on   April 09, 2008.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RUBY STREETER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | |
| | ) | **CV-07-97** |
| **OFFICE OF DOUGLAS R. BURGESS,** | ) | |
| **LLC, and DOUGLAS R. BURGESS,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Stacey A. Davis files appearance as counsel of record for Defendants, Office of Douglas R. Burgess, LLC and Douglas R. Burgess.

               s/Stacey A. Davis
               STACEY A. DAVIS (DAV155)
               Attorney for Defendant

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 244-3800 (Phone)
(205) 488-3800 (Facsimile)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon the following counsel of record via e-filing on this the 9th day of April, 2008:

Gary Wyatt Stout
Brock & Stout
PO Drawer 311167
Enterprise, AL 36331-1167

                                                 s/Stacey A. Davis
                                                 OF COUNSEL

Case 1:07-cv-00097-WKW-CSC   Document 77-2   Filed 04/10/2008   Page 2 of 2