AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RUBY STREETER

V.

OFFICE OF DOUGLAS R. BURGESS, LLC., ET AL.

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-CV-97-WKW

**RETURNED AND FILED**

**MAY 2 1 2008**

**CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

TO: (Name and address of Defendant)

Account Management Services of North America, LLC
c/o Mark F. Bohn
P. O. Box 25442
Rochester, NY 14625

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary W. Stout
Brock & Stout, LLC.
Post Office Drawer 311167
Enterprise, AL 36331-1167

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE   4/15/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   CERTIFIED MAIL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date             *Signature of Server*

                                 _____
                                 *Address of Server*

**RETURNED AND FILED**

MAY 21 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL**

DEBRA P. HACKETT
CLERK OF COURT
U.S. DISTRICT COURT
P. O. BOX 711
MONTGOMERY, AL 36101-0711

7007 3020 0002 0846 1938


02 1P     $ 005.55⁰
0002542515
MAILED FROM ZIP CODE 36330

07cv97

Account Management Services of North America, LLC
c/o Mark F. Bohn
P. O. Box 25442
Rochester, NY 14625

NIXIE   145  5E 1   06  05/17/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 36101071111   *2837-05021-17-28

14625+0442