IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 1:07-cv-97-WKW |
| v. ) | |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, ) | |
| LLC, and DOUGLAS R. BURGESS, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DOUGLAS J. MACKINNON'S SPECIAL LIMITED APPEARANCE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to FED. R. CIV. P. Rule 12(b)(2), Defendant Douglas J. MacKinnon ("Mr. MacKinnon") appears specially by and through undersigned counsel for the limited purpose of moving this Court to dismiss the claims against him for lack of personal jurisdiction. The grounds on which Mr. MacKinnon's motion is based are set forth in his Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction. In addition to his Memorandum, Mr. MacKinnon also submits his Declaration in support of this motion.

Wherefore, Mr. MacKinnon respectfully requests that this Court dismiss the claims against him in their entirety for lack of personal jurisdiction.

Respectfully submitted,

s/ Fern H. Singer
Fern H. Singer
Stacey A. Davis
Attorneys for Defendant

OF COUNSEL:
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 328-0480 -- Phone
(205) 322-8007 -- Fax

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel of record by electronic mail on this the 21st day of May, 2008:

Gary Wyatt Stout
Michael D. Brock
David G. Poston
Brock & Stout
PO Drawer 311167
Enterprise, AL 36331-1167

                                                    s/ Fern H. Singer
                                                       Of Counsel