IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBY STREETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv97-WKW |
| | ) | |
| OFFICE OF DOUGLAS R. | ) | |
| BURGESS, LLC, and DOUGLAS R. | ) | |
| BURGESS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the plaintiff's motion to compel deposition testimony (doc. # 88) filed on June 2, 2008 it is

ORDERED that the motion be DENIED pursuant to FED.R.CIV.P. 26(c) and 37(a)(1). These rules require litigants to resolve discovery disputes by a good faith <u>conference</u> before seeking court intervention. Written communications between counsel do not constitute a conference. Discovery motions filed pursuant to these Rules <u>must be accompanied by a certification</u> that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. Counsel for the parties are DIRECTED to hold not later than 20 days from the date of this order, the required good faith conference. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at http://www.almd.uscourts.gov.

Done this 4th day of June, 2008.

                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE