IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0097-WKW |
| ) | |
| OFFICE of DOUGLAS R. BURGESS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 21, 2008, the court deemed Plaintiff Ruby Streeter's Amended Complaint filed and ordered her to immediately serve the new defendants. The plaintiff's amended complaint added three detention officers as party defendants. Defendants Mark Bohn, First American Investment, LLC, and Account Management Services of North America, LLC, have not been served.

Federal Rule of Civil Procedure 4(m) states:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m). Plaintiff Streeter has had 123 days to serve these defendants, and she has failed to do so. It is ORDERED that the plaintiff shall serve defendants Mark Bohn, First American Investment, LLC, and Account Management Services of North America, LLC, **on**

**or before July 23, 2008**.  If the plaintiff has not served any of the defendants by that date, that defendant will be dismissed from this action without prejudice.

DONE this 23rd day of June, 2008.

                                  /s/  W.  Keith Watkins  
                              UNITED STATES DISTRICT JUDGE