IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, )  )  Plaintiff, )  )  v. )  )  OFFICE of DOUGLAS R. BURGESS, )  LLC, *et al.*, )  )  Defendants. ) | Case No. 1:07-cv-0097-WKW |

## **ORDER**

This case is before court on Plaintiff's Motion to Amend Complaint (Doc. # 93), a motion to dismiss filed by defendant Portfolio Partners & GMK, Inc. ("Portfolio Partners") (Doc. # 94), and a motion to dismiss filed by defendant All Debt Traders, LLC ("All Debt Traders") (Doc. # 95).

It is ORDERED that Plaintiff's Motion to Amend Complaint (Doc. # 93) is GRANTED. Under Rule 15(a)(2), "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, the court finds that justice requires the amendment. It is ORDERED that the plaintiff shall file electronically an exact duplicate of the Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* **on or before July 11, 2008**. Upon filing an exact duplicate copy of the Amended Complaint attached to the motion, the plaintiff is DIRECTED to cause the immediate service of process on the new defendants.

It is ORDERED that the plaintiff shall file a response to the motion to dismiss filed by Portfolio (Doc. # 94) and All Debt Traders (Doc. # 94) **on or before July 22, 2008.** Portfolio Partners and All Debt Traders may each file a response **on or before August 5, 2008.**

DONE this 2nd day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE