**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Account Management Services, LLC
C/o Lexisnexis Document Solutions, Inc.
150 S. Perry Street
Montgomery, AL 36104

07cv97  S+(99) And Cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ A. Bell
☐ Agent
☐ Addressee

B. Received by (Printed Name): BELLAMY
C. Date of Delivery: 7/14/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 14 2008

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0002 8065 3021

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540