IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0097-WKW |
| ) | |
| OFFICE of DOUGLAS R. BURGESS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**On or before July 18, 2008**, the Plaintiff shall file a response to the Motion for Order of Mediation and to Stay Discovery (Doc. # 107) filed by Defendants Office of Douglas R. Burgess, LLC, and Douglas R. Burgess.

SO ORDERED.

DONE this 16th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE