**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    HARVEY DENNIS
    6 ROSEWOOD DRIVE
    WILLIAMSVILLE, NY 14221

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [illegible signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 7/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv97 Alias Sm & Amd Cmp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label)
7008 0150 0002 8065 2888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540