**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PORTFOLIO PARTNERS & GMK, INC.
C/O MICHAEL D. KOWALICK
4246 RIDGE LEA ROAD
AMHERST, NY 14226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                7-14-0?

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

07cv97 Alias Sm and And Corp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)    7008 0150 0002 8065 2970

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540