IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER,                ) | |
| ) | |
| Plaintiff,                ) | |
| ) | |
| v.                ) | CIVIL ACTION NO. 1:07cv97-WKW |
| ) | |
| OFFICE OF DOUGLAS R.                ) | |
| BURGESS, LLC, and DOUGLAS R.                ) | |
| BURGESS,                ) | |
| ) | |
| Defendants.                ) | |

**ORDER**

Upon consideration of the defendants' motion to quash (doc. # 114), it is

ORDERED that on or before July 31, 2008, the opposing party shall show cause why the motion should not be granted.

Until the court resolves the motion to quash counsel for the plaintiff is DIRECTED to secure any documents produced pursuant to the subpoenas at issue in a safe place and insure that no person including counsel for the plaintiff look at the documents.

Done this 18th day of July, 2008.

                                                          /s/Charles S. Coody
                                                     CHARLES S. COODY
                                                     UNITED STATES MAGISTRATE JUDGE