| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>TIM Collins |
| 1. Article Addressed to:<br><br>COLLINS LAW OFFICE, LLC<br>C/O TIM COLLINS, MANAGER<br>4021 DEVEAUX STREET<br>NIAGARA FALLS, NY 14305 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv97 Alias Sm + Amd Cmp<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) |
| 2. Article Number<br>(*Transfer from service label*) | 7008 0150 0002 8065 2994 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540