| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☒ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>                                    7/15/08/60 |
| 1. Article Addressed to:<br><br>DOUGLAS J. MACKINNON<br>6225 COUNTRYSIDE COURT<br>CLARENCE, NY 14032 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>07cv97 Alias Smt Amd Cmp<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) |
| 2. Article Number<br>   (*Transfer from service label*) | 7008 0150 0002 8065 2871 |

Return Receipt                                102595-02-M-1540