IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                      )
                                            )
RUBY STREETER,                              )
                                            )
          PLAINTIFF,                        )
                                            )
vs.                                         )    CASE NUMBER: 1:07-cv-97-WKW
                                            )
OFFICE OF DOUGLAS R. BURGESS, LLC.,         )
DOUGLAS R. BURGESS, Individually,           )
ET AL.                                      )
                                            )
          DEFENDANTS.                       )

## PLAINTIFF'S MOTION TO PERMIT AMENDED SUMMONS

COMES NOW, the Plaintiff, Ruby Streeter, by and through the undersigned attorney,

pursuant to Fed. R. Civ. Proc. 4(a)(2), and moves this Honorable Court to permit her to amend the

Summons of the Second Amended Complaint (Doc. No. 99) to reflect the correct entity.

Specifically, the Plaintiff's Second Amended Complaint, in the style of said Complaint, named FA

Holdings Company, LLC. The body of the Complaint named the correct entity, to-wit: FA Holdings

Group, LLC.

On July 11, 2008, the Clerk of Court issued a Summons (Doc. No. 104) naming FA

Holdings Company, LLC. The Plaintiff moves this Honorable Court to direct the Clerk of Court to

amend the Summons to correctly name the Defendant as FA Holdings Group, LLC. and to permit

subsequent issuance thereof.

WHEREFORE, the Plaintiff moves this Honorable Court, pursuant to Fed. R. Civ. Proc.

4(a)(2), to direct the Clerk of Court to amend the Summons to reflect FA Holdings Group, LLC.; to

direct the Clerk of Court to reissue the Summons in the name of the correct legal entity, FA

Holdings Group, LLC.; and, for all other relief that is just.

Page 1 of 2

Respectfully submitted this **23rd** day of July, 2008.

BROCK & STOUT

David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the following via United States Mail, postage prepaid and fully addressed *and* by electronic mail this __ day of July, 2008.

Fern H. Singer
Stacey A. Davis
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
Email: fsinger@bakerdonelson.com
        sdavis@bakerdonelson.com

Blake D. Andrews
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259
Email: bda@starneslaw.com

David G. Poston