| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>FIRST AMERICAN INVESTMENT COMPANY, LLC<br>C/O MANAGING MEMBER OR OFFICER<br>2809 WEHRLE DRIVE, SUITE 1<br>WILLIAMSVILLE, NY 14221<br><br>07cv97  S & Amd Cmp (99) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) |
| 2. Article Number (Transfer from service label) | 7008 0150 0002 8065 2895 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540