IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RUBY STREETER, ) | |
| ) | |
| PLAINTIFF, ) | CASE NUMBER: 1:07-cv-97 |
| ) | |
| vs. ) | |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, LLC., & ) | |
| DOUGLAS R. BURGESS, ESQ., INDIVIDUALLY, ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO QUASH

COMES NOW, the Plaintiff, Ruby Streeter, by and through her undersigned attorney, and states as follows:

1. On July 17, 2008, this Honorable Court entered an Order to Show Cause as to why the Defendants' Motion to Quash should not be granted.

2. The Plaintiff has no objection and consents to the Motion to Quash filed by the Law Office of Douglas R. Burgess.

3. The Plaintiff mistakenly served various third parties with subpoenas issued by the Federal District Court for the Middle District of Alabama.

4. The Plaintiff intends to rectify this error by serving the same third parties with subpoenas issued by the appropriate District Courts. As such, the Plaintiff has no objection to this Honorable Court quashing the previously served subpoenas.

5. In its Order of July 17, 2008, this Honorable Court directed the Plaintiff to "secure any documents produced pursuant to the subpoenas at issue in a safe place and insure that no person including counsel for the Plaintiff looks at these documents."

6. Prior to the Court's Order of July 17, 2008, the Plaintiff previously received and reviewed documents produced pursuant to the incorrectly issued subpoenas.

7. Since the Court's Order of July 17, 2008, the Plaintiff has received additional responses to its subpoenas, the contents of which have not been opened or reviewed.

8. The Plaintiff is prepared to return all documents, destroy all documents, or produce copies of all documents to all parties as this Honorable Court directs.

Respectfully submitted this **31st** day of July, 2008.

BROCK & STOUT

_____
Walter A. Blakeney, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the following via United States Mail, postage prepaid and fully addressed *and* by electronic mail this **31st** day of July, 2008.

Fern H. Singer
Stacey A. Davis
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
Email: fsinger@bakerdonelson.com
   sdavis@bakerdonelson.com

_____
Walter A. Blakeney, Esq.

Blake D. Andrews
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, Alabama 35259
Email: bda@starneslaw.com