IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv97-WKW |
| ) | |
| OFFICE OF DOUGLAS R. ) | |
| BURGESS, LLC, and DOUGLAS R. ) | |
| BURGESS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the defendants' motions to quash subpoenas (docs. # 109 & 114). On July 31, 2008, the plaintiff filed a response to the motions to quash in which she asserts she "has no objection and consents to this Honorable Court quashing the previously served subpoenas." *See* Doc. # 138 at ¶ 4. Accordingly, upon consideration of the defendants' motions to quash (docs. # 109 & 114), it is

ORDERED that the motions to quash (docs. # 109 & 114) be and are hereby GRANTED. It is further

ORDERED that, within fourteen (14) days of the date of this order, the plaintiff shall return all documents received as a result of the subpoenas to the persons or entities that produced the documents.

Done this 1st day of August, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE