| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cannon MacKinnon_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  2/30/08 |
| 1. Article Addressed to:<br><br>Account Management Services of North America, LLC.<br>% Douglas MacKinnon<br>6225 Countryside Ct.<br>Clarence, NY 14032 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 07cv97 Alias S+ Amd Cmp (99) | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0000 2943 6627 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540