**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RUBY STREETER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CASE NUMBER: 1:07-cv-97-WKW** |
| v. ) | |
| ) | |
| **OFFICE OF DOUGLAS R. BURGESS,** ) | |
| **LLC, and DOUGLAS R. BURGESS,** ) | |
| **ET AL.** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT DOUGLAS J. MACKINNON'S SPECIAL LIMITED APPEARANCE AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. Rule 12(b)(2), Defendant Douglas J. MacKinnon ("Mr. MacKinnon") appears specially by and through undersigned counsel for the limited purpose of moving this Court to dismiss the claims against him for lack of personal jurisdiction. The grounds on which Mr. MacKinnon's motion is based are set forth in his Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction. In addition to his Memorandum, Mr. MacKinnon also submits his Declaration in support of this motion.

Wherefore, Mr. MacKinnon respectfully requests that this Court dismiss the claims against him in their entirety for lack of personal jurisdiction.

Respectfully submitted,

s/ Fern H. Singer
Fern H. Singer
Stacey A. Davis
Attorneys for Defendant

**OF COUNSEL:**
**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ, P.C.**
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 328-0480 -- Phone
(205) 322-8007 – Fax

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon the following counsel of record via e-filing on this the 4th day of August, 2008:

Gary Wyatt Stout
David Gerald Poston
Michael Derek Brock
Walter Allen Blakeney
Brock & Stout
PO Drawer 311167
Enterprise, AL 36331-1167

William Carlisle Carn, III
William Wayne Nichols
Lee & McInish
PO Box 1665
Dothan, AL 36302-1665

Blake Donald Andrews
Starnes & Atchison
100 Brookwood Place, 7th Floor
Birmingham, AL 35209

                                                                s/Fern H. Singer
                                                                 OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 1:07-cv-07-WKW |
| v. ) | |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, ) | |
| LLC, and DOUGLAS R. BURGESS, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DOUGLAS J. MACKINNON

Pursuant to 28 U.S.C. § 1746, Douglas J. MacKinnon declares as follows on personal knowledge:

1. I have personal knowledge of the facts set forth in this Declaration.

2. I do not do business as Office of Douglas R. Burgess, LLC. I am not a member, officer or employee of Defendant Office of Douglas R. Burgess, LLC.

3. I am not a resident of the State of Alabama.

4. I do not own property in the State of Alabama.

5. I do not have any personal bank accounts in the State of Alabama.

6. I have not conducted any personal business in the State of Alabama.

7. I have not signed or negotiated any personal contracts within the State of Alabama.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this the 20th day of May, 2008.

_____
DOUGLAS J. MACKINNON

B SAD 787068 v1
2910402-000001 5/20/2008