IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUBY STREETER,                           )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CIVIL ACTION NO. 1:07cv97-WKW
                                         )
OFFICE OF DOUGLAS R.                     )
BURGESS, LLC, and DOUGLAS R.             )
BURGESS,                                 )
                                         )
        Defendants.                      )**ORDER**

Upon consideration of the defendant Law Office of Douglas R. Burgess, LLC.'s

motion for leave to file additional interrogatories (doc. # 147), it is

ORDERED that on or before August 22, 2008, the opposing party or parties shall

show cause why the motion should not be granted.

Done this 11th day of August, 2008.


            _____/s/Charles S. Coody_____
            CHARLES S. COODY
            UNITED STATES MAGISTRATE JUDGE