AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RUBY STREETER

V.

OFFICE OF DOUGLAS R. BURGESS, LLC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-CV-97-WKW

TO: (Name and address of Defendant)

First American Investment Company, LLC
c/o Managing Member or Officer
P. O. Box 25442
Rochester, NY 14625

**RETURNED AND FILED**

AUG 11 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary W. Stout
Brock & Stout, LLC.
Post Office Drawer 311167
Enterprise, AL 36331-1167

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          7/11/08

CLERK                                                        DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   CERTIFIED MAIL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date              Signature of Server

              _____
              Address of Server

RETURNED AND FILED

AUG 11 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Office of the Clerk
US District Court
Middle District of Alabama
PO Box 711
Montgomery, AL 36101

**CERTIFIED MAIL**

7008 0150 0002



$ 005.83
0002542515
MAILED FROM ZIP CODE 36330

FIRST AMERICAN INVESTMENT COMPANY, LLC
C/O MANAGING MEMBER OR OFFICER
P. O. BOX 25442
ROCHESTER, NY 14625

NIXIE        146    5E   1         06  08/07/08
            RETURN TO SENDER
               UNCLAIMED
            UNABLE TO FORWARD

BC: 36101071111      *0539-00365-11-44