# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

IN RE:

RUBY STREETER,                                )
                                              )
    Plaintiff,                                )
                                              )
vs.                                           )    Case No.:  1:07-cv-97-WKW
                                              )
OFFICE OF DOUGLAS R. BURGESS,                 )
LLC, et al.                                   )
                                              )
    Defendants.                               )

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW, FA Holdings Group, LLC, defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

X    The following entities and their relationship to the party are hereby reported:

{B0889218}

| Reportable Entity | Relationship to Party |
|---|---|
| JZDRCML, LLC | Parent and Sole Member |
| United States Credit Agency, LLC | Subsidiary |
| First American Portfolio Company, LLC | Subsidiary |
| First American Receivables Company, LLC | Subsidiary |

Respectfully submitted,

s/Blake D. Andrews
William A. Davis, III (DAV022)
Blake D. Andrews (AND060)
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: bda@starneslaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

cc:
Gary W. Stout, Esq.
Michael D. Brock, Esq.
David G. Poston, Esq.
Post Office Drawer 311167
Enterprise, Alabama  36330

Fern H. Singer
Baker Donelson Bearman Caldwell
 & Berkowitz PC
1600 South Trust Tower
420 North 20th Street
Birmingham, AL  35203-5202

{B0889218}

Stacey A. Davis
Baker Donelson Bearman Caldwell
 & Berkowitz PC
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, AL  35203

William Carlisle Carn, III
William Wayne Nichols
Lee & McInish
P.O. Box 1665
Dothan, AL  36302-1665

                                         s/Blake D. Andrews

{B0889218}