IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv97-WKW |
| ) | |
| OFFICE OF DOUGLAS R. ) | |
| BURGESS, LLC, and DOUGLAS R. ) | |
| BURGESS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the motion to quash subpoenas (doc. # 152) filed by defendant FA Holdings Group, LLC on August 13, 2008. FA Holdings Group seeks to quash subpoenas issued by the United States District Court for the Western District of New York pursuant to FED. R. CIV. P. 45(a)(2)(C). The issuing court is the appropriate forum to consider the motion to quash. *See* FED. R. CIV. P. 45(c)(3)(A). Accordingly, upon consideration of the motion to quash (doc. # 152), it is

ORDERED that the motion to quash (docs. # 152) be and are hereby DENIED without prejudice.

Done this 14th day of August, 2008.

          /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE