AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RUBY STREETER

V.

OFFICE OF DOUGLAS R. BURGESS, LLC., ET AL.

**ALIAS
SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-97-WKW

**RETURNED AND FILED**

AUG 1 9

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Collins Law Office, LLC
c/o Tim Collins, Manager
5100 Transit Road
Depew, NY 14043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary W. Stout
Brock & Stout, LLC.
Post Office Drawer 311167
Enterprise, AL 36331-1167

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    7/10/08

CLERK _[signature] William C. _____            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  CERTIFIED MAIL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date            Signature of Server

                          Address of Server

**RETURNED AND FILED**

**AUG 19**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Office of the Clerk
US District Court
Middle District of Alabama
PO Box 711
Montgomery, AL 36101

**CERTIFIED MAIL**

7008 0150 0002 8065 2987



COLLINS LAW OFFICE
C/O TIM COLLINS, MANAGER
5100 TRANSIT ROAD
DEPEW, NY 14043

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

UAA

COLL100   140438003 1N   03 07/14/08
UNABLE TO FORWARD
NO FORWARD ORDER ON FILE
RETURN TO POSTMASTER
OF ADDRESSEE FOR REVIEW

14043+4465-00 C018