IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-97-WKW |
| | ) |
| OFFICE OF DOUGLAS R. BURGESS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant Douglas J. MacKinnon's Special Limited Appearance and Motion to Dismiss for Lack of Personal Jurisdiction as to Plaintiff's Second Amended Complaint (Doc. # 144), and in view of the allowance of limited jurisdictional discovery (Doc. # 137), it is ORDERED that the briefing deadlines set in the Briefing Order (Doc. # 9) are SUSPENDED until further order of the court.

DONE this 19th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE