IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-97-WKW |
| ) | |
| OFFICE OF DOUGLAS R. BURGESS, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In light of the parties' oral notice that they have reached an agreement to settle this matter, it is ORDERED that the parties shall file their joint stipulation of dismissal **on or before September 10, 2008**.

DONE this 21st day of August, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE