IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY STREETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv97-WKW |
| ) | |
| OFFICE OF DOUGLAS R. ) | |
| BURGESS, LLC, and DOUGLAS R. ) | |
| BURGESS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the defendant's motion for leave to file additional interrogatories (doc. # 147). On August 20, 2008, the parties notified the court that an amicable settlement of all issues in this case has been reached. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion for leave to file additional interrogatories (doc. # 147) be DENIED as moot.

Done this 21st day of August, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE