AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

RUBY STREETER

V.

OFFICE OF DOUGLAS R. BURGESS, LLC., ET AL.

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-97-WKW

RETURNED AND FILED

AUG 21 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

MARK BOHN
157 WILLOWOOD DR.
ROCHESTER, NY 14612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON
BROCK & STOUT
POST OFFICE DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK  *[signature: William C. R.]*

(By) DEPUTY CLERK

DATE  7/17/08

⊛AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date                   *Signature of Server*

                                       _____
                                       *Address of Server*

> **RETURNED AND FILED**
>
> AUG 21 2008
>
> CLERK
> U.S. DISTRICT COURT
> MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL**

Debra P. Hackett, Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

7006 0100 0002 6866 5432





$ 005.49
0002540978  JUL 15 2008
MAILED FROM ZIP CODE 36303

Mark Bohn
157 Willowood Dr.
Rochester, NY 14612

mail onhold

LN
7/25

NIXIE      146   5E 1       06 08/17/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 36101071111      *2837-00650-17-23

14612+321 36101007ii