AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/15/08 |
| NAME OF SERVER (PRINT) Ted Kwiatkowski | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DEBRA P. HACKETT

☒ Left copies with receptionist who refused her name

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/21/08
Date

Signature of Server

Address of Server: Smart Serve Process Serving
115 South Prince Drive
Depew, NY 14043

**RETURNED AND FILED**

SEP - 2 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RUBY STREETER

V.

OFFICE OF DOUGLAS R. BURGESS, LLC., ET AL.

**ALIAS SUMMONS IN A CIVIL ACTION**

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
CASE NUMBER: 1:07-CV-97

**RETURNED AND FILED**

SEP - 2 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

MARK BOHN
2809 WEHRLE DR.
STE. 1
WILLIAMSVILLE, NY 14221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON, ESQ.
BROCK & STOUT, LLC.
POST OFFICE DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                8/12/08
CLERK                                           DATE

(By) DEPUTY CLERK

ATTORNEY   BS         DGP

**U.S. DISTRICT COURT**                                        INDEX #   1:07-CV-97

**MIDDLE DISTRICT OF ALABAMA**                                 D/O/F    8/12/2008

**RUBY STREETER**

2008 SEP -2 A 11: 02

PLAINTIFF/PETITIONER

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**AFFIDAVIT OF SERVICE**

**OFFICE OF DOUGLAS R. BURGESS, LLC, ET AL**

*DEFENDANT/RESPONDENT*

Erie County, New York State;                    **TED KWIATKOWSKI**   being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

on  **08/15/2008**   at   **11:21 AM**   at   **2809 WEHRLE DRIVE, STE. 1, WILLIAMSVILLE, NY 14221**
Deponent served the within   **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT WITH JURY DEMAND**

On   **MARK BOHN**                                              DEFENDANT
(Herein after called the recipient) therein named.

### SUBSTITUTED SERVICE
**RECEPTIONIST (REFUSED NAME)**

By delivering thereat at true copy of each to a person of suitable age and discretion. Said premesis is defendants   actual place of business   within the State.

### MAILING
Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known Place of Employment at
**2809 WEHRLE DRIVE, STE. 1 WILLIAMSVILLE, NY 14221**       On   **8/16/08**
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

### PHYSICAL DESCRIPTION AS FOLLOWS
FEMALE   BLACK SKIN   BLACK HAIR   21-35 YRS   5'5-5'8   161-200 LBS

OTHER IDENTIFYING FEATURES   NONE

Sworn to before me on   Saturday, August 23, 2008

Jillina A. Kwiatkowski
Notary Public - State of New York
Qualified in Erie County
Reg. # 01KW6057316
My Commission Expires 04/16/11

TED KWIATKOWSKI
AFF. #   113752